# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**AARON FLEMONS**                                                   **PLAINTIFF**
**ADC #119749**

v.                 **No. 2:23-cv-00123-BSM-ERE**

**EMMA HATCHETT,** *et al.*                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 8] is adopted and Aaron Flemons's conspiracy and outrage claims are dismissed without prejudice.

IT IS SO ORDERED this 22nd day of August, 2023.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE