IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**  **PLAINTIFF**
**ADC #119749**

v.  CASE NO. 2:23-cv-00123-BSM-ERE

**EMMA HATCHETT,** *et al.*  **DEFENDANTS**

### ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 31] is adopted as follows: (1) Aaron Flemons's claims against the Doe Defendants are dismissed without prejudice for failure to identify or to provide a service address; and (2) the clerk of court is directed to terminate the Doe Defendants from this case.

IT IS SO ORDERED this 20th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE