IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**                                                     **PLAINTIFF**
**ADC #119749**

v.                    **CASE NO. 2:23-cv-00123-BSM-ERE**

**EMMA HATCHETT**, *et al.*                                     **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 34] is adopted and Aaron Flemons's motion for preliminary injunctive relief [Doc. No. 19] is denied. Flemons may, however, retain a medical expert witness at his own expense to examine him for purposes of developing opinion testimony for trial and move for an order that the defendants make him available for such an examination. *See Cabrera v. Williams*, No. 4:05CV3121, 2007 WL 2682163, at *2 (D. Neb. Sept. 7, 2007) (court would consider ordering defendants to make prisoner plaintiff available for medical examination upon showing that a doctor has agreed to serve as an expert witness and that an examination is necessary for opinion testimony).

IT IS SO ORDERED this 28th day of September, 2023.

                                                  /s/ Brian S. Miller
                                                  UNITED STATES DISTRICT JUDGE