IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**     **PLAINTIFF**
**ADC #119749**

v.     **CASE NO. 2:23-cv-00123-BSM-ERE**

**EMMA HATCHETT,** *et al.*     **DEFENDANTS**

## ORDER

Having reviewed the record *de novo* and considered Aaron Flemons's objections, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 54] is adopted and Flemons's claims against Sergeant Graham are dismissed with prejudice. Flemons's motions for reconsideration [Doc. Nos. 51, 59] are denied.

IT IS SO ORDERED this 17th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE