IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**  **PLAINTIFF**
**ADC #119749**

v.    CASE NO. 2:23-CV-00123-BSM-ERE

**EMMA HATCHETT,** *et al.*    **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 84] is adopted and Aaron Flemons's second motion for a preliminary injunction [Doc. No. 68] is denied. Flemons's motion for a temporary restraining order [Doc. No. 100] filed after Judge Ervin issued her recommended disposition is also denied. The motion for a temporary restraining order seeks similar relief and on similar grounds as Flemons's just-rejected motion for a preliminary injunction. It is therefore denied for the same reasons. *See* Doc. No. 84. I note that this is the third motion for injunctive relief Flemons has filed and I have denied in less than a year. The clerk is directed not to file any further motions from Flemons seeking a temporary restraining order or preliminary injunction in this case without obtaining leave of court. *See Hill v. Payne*, No. 6:21-CV-6029, 2022 WL 22017673, at *1 (W.D. Ark. Feb. 18, 2022).

IT IS SO ORDERED this 18th day of March, 2024.

UNITED STATES DISTRICT JUDGE