IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**  PLAINTIFF
**ADC #119749**

V.     NO. 2:23-cv-00123-BSM-ERE

**EMMA HATCHETT,** *et al.*     DEFENDANTS

## ORDER LIFTING STAY

On January 15, 2025, defendants Emma Hatchett, Angela Douglas, Tracy Bennett, Majorie Hays, and Dr. Gary Kerstein[1] ("Medical Defendants") filed an amended suggestion of bankruptcy and notice of stay of these proceedings ("Amended Notice") due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. *Doc. 169*; see *In re Wellpath Holdings, Inc.*, *et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On January 17, 2025, the Court stayed this action in its entirety on an interim basis due to the extension of the automatic stay to certain nondebtors, including Wellpath employees.[2] *Doc. 170*.

The stay is hereby lifted because the stay applicable to non-debtors expired on May 7, 2025. See *In re Wellpath Holdings, Inc.*, *et al.*, Case No. 24-90533 (Bankr.

---

[1] **The Clerk is instructed to update the docket sheet to reflect the full names of Defendants Hays and Kerstein – Majorie Hays and Gary Kerstein.** *Doc. 169*.

[2] No Debtor is named as a defendant in this case. Rather, Defendants were employees of Debtor Wellpath, LLC when their alleged actions or omissions giving rise to this suit took place. *Doc. 169-2 at 5*.

S.D. Tex) (Bankr. *Docs*. 2592, 2599) (providing for expiration of the automatic stay as to non-debtor defendants).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is now lifted.

2. The parties are directed to file, by **June 3, 2025**, a status report (either jointly or separately) discussing: (1) whether any discovery disputes currently exist; and (2) whether Mr. Flemons has been provided access to his medical records relevant to the claims in this case.

3. Mr. Flemons is reminded that the Court previously instructed him not to file any new discovery-related motions with the Court until any discovery disputes are resolved. *Doc. 153 at 2*. That Order remains in effect.

SO ORDERED 15 May 2025.

_____
UNITED STATES MAGISTRATE JUDGE