IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

AARON FLEMONS                                                                PLAINTIFF
ADC #119749

V.                          NO. 2:23-cv-00123-BSM-ERE

EMMA HATCHETT, *et al.*                                                DEFENDANTS

## RECOMMENDED DISPOSITION

I. **Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Miller can adopt this Recommendation without independently reviewing the record.

II. **Background:**

*Pro se* plaintiff Aaron Flemons, an Arkansas Division of Correction ("ADC") inmate, filed this prisoner civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Flemons is currently proceeding on: (1) Eighth Amendment medical deliberate indifference claims against Defendants Emma Hatchett, Angela Douglas, Tracy Bennett, Majorie Hays, and Gary Kerstein; (2) a state law, medical malpractice claim

against each Defendant; (3) a state law claim for violation of the Arkansas Constitution against each Defendant; and (4) a retaliation claim against each Defendant.[1] *Docs. 5, 7*.

Mr. Flemons has now moved to voluntarily withdraw the claims raised in this lawsuit. *Doc. 185*. In his motion, Mr. Flemons explains that he is unable to litigate his claims and seeks to withdraw them so that he may obtain counsel. For good cause, I recommend that Mr. Flemons' motion be granted.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Flemons' motion to voluntarily withdraw his claims (*Doc. 185*) be GRANTED.

2. Mr. Flemons' claims be DISMISSED, without prejudice.

3. The Clerk be instructed to close this case.

Dated 22 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously dismissed Mr. Flemons' conspiracy and outrage claims (*Doc. 29*), as well as his claims against the Doe Defendants and Sergeant Graham (*Docs. 44, 63*).