IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**  **PLAINTIFF**
*ADC # 119749*

v.    CASE NO. 2:23-CV-00123-BSM

**EMMA HATCHETT,** *et al.*   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 186] is adopted and Aaron Flemons's motion to voluntarily dismiss his claims [Doc. No. 185] is granted.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE