IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**                                                                              **PLAINTIFF**
*ADC # 119749*

v.                   **CASE NO. 2:23-CV-00123-BSM**

**EMMA HATCHETT,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, the case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE